IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**SATYA KRISHNA DASA,**　　　　　　　　　　2:14-cv-00698-JE

　　　Petitioner,　　　　　　　　　　　　ORDER

v.

**MARK NOOTH,**

　　　Respondent.

**BROWN, Judge.**

　　Magistrate Judge John Jelderks issued Findings and Recommendation (#90) on July 14, 2017, in which he recommends the Court deny Petitioner Satya Krishna Dasa's Amended Petition (#39) for Writ of Habeas Corpus, dismiss this matter with prejudice, and decline to issue a Certificate of Appealability. Petitioner filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#90) and, therefore, **DENIES** the Amended Petition (#39) for Writ of Habeas Corpus, **DISMISSES** this matter **with prejudice**, and **DECLINES** to issue a Certificate of Appealability.

IT IS SO ORDERED.

DATED this 1st day of September, 2017.

/s/ Anna J. Brown

ANNA J. BROWN
United States Senior District Judge